1  EDWARD GARCIA, Bar No. 173487
   BRAGG & KULUVA
2  Embarcadero Center West
   275 Battery Street, Suite 1100
3  San Francisco, CA  94111
   (415) 273-6500
4  (415) 273-6535

5  Attorneys for Defendants,
   Burgess Smith Wathen IV and Della Wathen,
6  as Trustee of The Spalding G. Wathen Q-Tip Trust
   and as Trustee of the Della Wathen 2005 Revocable Trust
7  (erroneously sued as Burgess Smith & Wathen Partnership IV,
   Burgess Smith & Wathen VI, LLC, and Wathen Della
8  Trustee of the D Wathen R/T DTD 11-13-08 of SF Wathen Q Tip Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DAVID R. MUGRIDGE,<br><br>  Plaintiff,<br><br>  vs.<br><br>BURGESS, SMITH & WATHEN PARTNERSHIP IV, A CALIFORNIA GENERAL PARTNERSHIP, BURGESS, SMITH & WATHEN VI, LLC; WATHEN DELLA TRUSTEE OF THE D WATHEN R/T DTD 11-13-08 OF SG WATHEN Q TIP TRUST AND DOES 1-25,<br><br>  Defendants. | CASE NO. 13-CV-02107 - MJS<br><br>**PLAINTIFF AND DEFENDANTS' JOINT STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff David R. Mugridge and Defendants Burgess Smith Wathen IV and Della Wathen, as Trustee of The Spalding G. Wathen Q-Tip Trust and as Trustee of the Della Wathen 2005 Revocable Trust (erroneously sued as Burgess Smith & Wathen Partnership IV, Burgess Smith & Wathen VI, LLC, and Wathen Della Trustee of the D Wathen R/T DTD 11-13-08 of SF Wathen Q Tip Trust), through their respective counsel of record, that the above-

///

captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own attorneys' fees and costs of suit.

DATED: August 15, 2014                    LAW OFFICES OF LAYNE HAYDEN

                                          By: */s/ Layne Hayden*
                                              LAYNE HAYDEN
                                              Attorney for Plaintiff
                                              DAVID R. MUGRIDGE


DATED: August 15, 2014                    BRAGG & KULUVA


                                          By: */s/ Edward Garcia*
                                              EDWARD GARCIA
                                              Attorney for Defendants
                                              Burgess Smith Wathen IV and Della Wathen,
                                              as Trustee of The Spalding G. Wathen Q-Tip Trust
                                              and as Trustee of the Della Wathen 2005 Revocable
                                              Trust


## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated:   August 19, 2014                  /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE